```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JOSE DELGADO-RODRIQUEZ
 6
```

          IN THE UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-05-101-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: June 3, 2005 |
| JOSE DELGADO-RODRIQUEZ, | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JOSE DELGADO-RODRIQUEZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the trial confirmation hearing set for May 20, 2005 and the jury trial set for June 7, 2005 be vacated and a further status conference be set for Friday, June 3, 2005 at 9:00 a.m.

This continuance is being requested because the defense received a copy of Mr. Delgado-Rodriquez's pre-plea presentence report and a proposed plea agreement this week, but defense counsel has been unable to discuss the documents with Mr. Delgado-Rodriquez because the Spanish-language interpreter for the Federal Defender's Office is out of town.  Defense counsel has tried to hire an independent Spanish

interpreter to read the documents to her client this week, but has been unable to find an available interpreter.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for June 3, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)[preparation of counsel] (Local Code T4).

DATED: May 18, 2005.                    Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        _____
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOSE DELGADO-RODRIQUEZ


                                        McGREGOR SCOTT
                                        United States Attorney


                                        /s/ Rachelle Barbour for
DATED: May 18, 2005.                    _____
                                        JASON HITT
                                        Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

Dated:  May 18, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

**2**