QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE DELGADO-RODRIQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-05-101-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: June 17, 2005 |
| JOSE DELGADO-RODRIQUEZ, | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

　　　It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JOSE DELGADO-RODRIQUEZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for June 3, 2005 be vacated and a further status conference be set for Friday, June 17, 2005 at 9:00 a.m.

　　　This continuance is being requested because defense counsel is discussing the plea agreement with Mr. Delgado-Rodriguez and the government.  The parties are continuing to negotiate the plea agreement.  Further, defense counsel expects to go out on maternity leave shortly and needs time to reassign the case to another attorney in her office.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for June 17, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)[preparation of counsel] (Local Code T4).

DATED: June 2, 2005.              Respectfully submitted,

                                  QUIN DENVIR
                                  Federal Defender

                                  /s/ Rachelle Barbour
                                  _____
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE DELGADO-RODRIQUEZ


                                  McGREGOR SCOTT
                                  United States Attorney


                                  /s/ Rachelle Barbour for
DATED: June 2, 2005.              _____
                                  JASON HITT
                                  Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated:  June 2, 2005

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge