IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-05-101-GEB |
| | ) | |
|            Plaintiff, | ) | |
| | ) | ORDER SCHEDULING STATUS |
|   v. | ) | CONFERENCE |
| | ) | |
| JOSE DELGADO-RODRIGUEZ, | ) | |
| | ) | |
|            Defendant. | ) | |
| | ) | |
| _____ | ) | |

     Pursuant to the stipulation of the parties, filed on June 16, 2005, IT IS HEREBY ORDERED that the status conference currently scheduled in this case for June 17, 2005, at 9:00 a.m. be continued until July 8, 2005, at 9:00 a.m.  IT IS FURTHER ORDERED that, for the reasons stated in the stipulation, the time period from June 16, 2005, to July 8, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated:  June 16, 2005

                                            /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge